FOLEY, APPELLEE, *v.* OHIO STATE LIFE INS. CO., APPELLANT.
FOLEY, APPELLANT, *v.* OHIO STATE LIFE INS. CO., APPELLEE.

[Cite as Foley v. Ohio State Life Ins. Co., 3 Ohio St. 2d 36.]

(Nos. 39086 and 39095—Decided June 30, 1965.)

*Mr. Jay C. Brownlee* and *Messrs. Harrington, Huxley & Smith*, for Marguerite Boyer Foley.

*Mr. John F. Elsaesser* and *Messrs. Manchester, Bennett, Powers & Ullman*, for the Ohio State Life Insurance Company.

*Per Curiam.* A majority of the court is of the opinion that reasonable minds could differ on the issue as to whether the insured's answers in his application were willfully false and fraudulently made. Therefore, the judgment of the Court of Appeals is affirmed and the cause is remanded to the trial court for a new trial.

*Judgment affirmed.*

ZIMMERMAN, O'NEILL, HERBERT and SCHNEIDER, JJ., concur.
TAFT, C. J., and MATTHIAS, J., dissent.
BROWN, J., not participating.